

12·mc·0034

## IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 43 ID
:
Administrative Suspension :
Pursuant to Rule 219 of the :
Pennsylvania Rules of :
Disciplinary Enforcement :

FILED
JAN 27 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

**AND NOW**, this 20th day of September, 2011, it is hereby ordered that the attorneys named on the attached list are administratively suspended pursuant to Rule 219, Pa.R.D.E. Said administrative suspension shall take effect 30 days after the date of this order pursuant to Rule 217(d), Pa.R.D.E.

_____
John A. Vaskov
Deputy Prothonotary

A true copy John A. Vaskov, Esquire
As of: September 20, 2011
Attest: John A Vaskov
Deputy Prothonotary
Supreme Court of Pennsylvania

Disciplinary Board of the Supreme Court of Pennsylvania

## Attorneys Certified for Administrative Suspension

Year: 11-12                              Active                              Oct 21, 2011

Montgomery County

| ID# | Attorney |
|---|---|
| 209070 | Brodsky Sandra Eileen |
| 209440 | Calhoun Jessica Ann |
| 205950 | Carpenter Stephanie Berger |
| 1986 | Cohen Robert M. |
| 22457 | Coleman William T. III |
| 170284 | Dougherty Raymond Joseph Jr. |
| 81454 | Goldin Lauren Korff |
| 71903 | Greshes Jason |
| 33996 | Gressen Michael Steven |
| 2150 | Kraftson R. H.   -  admitted  8·6·1975 |
| 37085 | McNally James P. |
| 63074 | Miller Susan Rippey |
| 308563 | Mustokoff Matthew Leo |
| 32033 | Palmer John Huntley Jr. |
| 304862 | Perry Blake Matthew |
| 37121 | Pie' Susan Schmidt |
| 4788 | Platten Peter |
| 86763 | Plaza Jason Allen |
| 88507 | Robinson Cheri S. Williams |
| 86079 | Salas Guillermo III |
| 307664 | Schwartz Philip Nathan |
| 91853 | Schwartzman Esther |
| 44332 | Seid Jay D. |
| 92726 | Smith Vaughen Christopher |
| 42546 | Wolf David W. |